IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:22-cv-02545-KAS

COUNTRY MUTUAL INSURANCE COMPANY, an Illinois corporation
COUNTRY PREFERRED INSURANCE COMPANY, an Illinois corporation

      Plaintiffs,

vs.

ADAM GREGORY HOLEN,
TODD BLITSTEIN, individually, and as personal representative of the Estate of Peyton
Tyle Blitstein, deceased

      Defendants.

---

### PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT PURSUANT TO F.R.C.P. 55(b)

---

Plaintiffs/Counterclaim Defendants Country Mutual Insurance Company and Country Preferred Insurance Company ("Country Mutual" "Country Preferred" or "Plaintiffs"), by and through their counsel L. Kathleen Chaney of Lambdin & Chaney, LLP, hereby respectfully requests the Court enter default judgment in favor of Plaintiff and against Defendant Adam Gregory Holen pursuant to F.R.C.P. 55(b), stating as follows:

1.     On September 29, 2022, Plaintiffs filed the Complaint in this action in the United States District Court for the District of Colorado [Doc 1].

2.     On November 8, 2022, Defendant Adam Gregory Holen, was served with the Complaint and Summons in this action and proof of service was filed with this Court on November 15, 2022 [Doc 8].

3.      Defendant Adam Gregory Holen failed to timely answer the Complaint or otherwise respond. *See* F.R.C.P. 12(a)(1)(A)(i); F.R.C.P. 6(a)(1)(C).

4.      Defendant Adam Gregory Holen has not entered an appearance in this action nor has any representative on his behalf.

5.      On December 19, 2022, Plaintiffs moved for entry of default as to Defendant Adam Gregory Holen pursuant to F.R.C.P. 55(a). [Doc 12].

6.      On December 29, 2022, the Clerk of Court entered default as to Defendant Adam Gregory Holen. [Doc 13].

7.      Pursuant to F.R.C.P. 55(b)(2), Plaintiff herein moves the Court for entry of default judgment as to Defendant Adam Gregory Holen.

8.      The Defendant, Adam Gregory Holen, is a natural person, is not an infant, an incompetent person, an officer or agency of the United States or the State of Colorado, or on active-duty military service, as previously attested to by counsel, L. Kathleen Chaney [Doc 12-1].

9.      The sole claim for relief in the Complaint is for declaratory judgment pursuant to the Federal Declaratory Judgments Law, 28 U.S.C. § 2201 et seq., and F.R.C.P. 57 [Doc 1].

10.     As the only claim for relief is for declaratory judgment, there is no need for an affidavit from counsel or for a hearing by the Court regarding damages.

11.     Plaintiffs therefore respectfully request the Court enter default judgment in favor of Plaintiffs and against Defendant Adam Gregory Holen on the declaratory relief requested in the Complaint [Doc 1], as follows:

a.  Country Mutual issued homeowners' insurance policy A05K5597494 (the "Homeowners Policy") to Defendant Adam Gregory Holen [Doc 1-1];

b.  Country Preferred issued automobile insurance policy P005608766 (the "Auto Policy") to Defendant Adam Gregory Holen [Doc 1-2];

c.  Plaintiffs seek a determination that coverage does not exist under the Homeowners Policy or the Auto Policy for Defendant Adam Gregory Holen's actions taken during a shooting incident on August 10, 2022 (the "Incident") or the subsequent lawsuit brought by the father of the deceased shooting victim (the "Blitstein Lawsuit");

d.  that the Homeowners Policy does not provide coverage for Defendant Adam Greogry Holen for the incident or for the injuries and damages claimed in the Blitstein Lawsuit, finding:

   i.   The shooting was not an occurrence; and/or

   ii.  The Expected Or Intended Injury exclusion bars coverage; and/or

   iii. The Criminal Acts exclusion bars coverage;

e.  That the Auto Policy does not provide coverage for Defendant Adam Gregory Holen for the incident or for the injuries and damages claimed in the Blitstein Lawsuit, finding:

   i.   The shooting did not arise out of the use of Defendant Adam Gregory Holen's vehicle; and/or

3

    ii.  The shooting was not an accident; and/or

    iii.  The bodily injury was intended or expected, barring coverage;

f.  That neither Country Mutual nor Country Preferred has any duty to defend Defendant Adam Gregory Holen in the Blitstein Lawsuit;

[Doc 1, ¶¶ 10-13, 27(a)-(c)]

**WHEREFORE**, Plaintiffs/Counter-Defendants Country Mutual Insurance Company and Country Preferred Insurance Company respectfully request this Court enter Default Judgment in its favor and against Defendant Adam Gregory Holen as set forth in paragraph 11, above, and for such other good and valuable relief as the Court deems necessary and proper under the circumstances.

DATED this 20th day of November 2024.

s/ *L. Kathleen Chaney*
L. Kathleen Chaney, Esq.
Eric D. Hevenor, Esq.
LAMBDIN & CHANEY, LLP
4949 South Syracuse Street, Suite 600
Denver, CO 80237
(303) 799-8889
Email:  kchaney@lclaw.net
*Attorneys for Plaintiffs/Counterclaim Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November 2024, a true and correct copy of the foregoing **PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT PURSUANT TO F.R.C.P. 55(b)** was filed with the Clerk of the Court using the CM/ECF system.

s/ *L. Kathleen Chaney*
L. Kathleen Chaney, Esq.
Eric D. Hevenor, Esq.
LAMBDIN & CHANEY, LLP
4949 South Syracuse Street, Suite 600
Denver, CO 80237
(303) 799-8889
Email:  kchaney@lclaw.net
*Attorneys for Plaintiffs/Counterclaim Defendants*

5