<table>
<tr><td>

**DISTRICT COURT**
**ARAPHOE COUNTY**
**STATE OF COLORADO**
7325 S. Potomac Street
Centennial, CO 80112

Plaintiff: **TODD BLITSTEIN, an individual, and as personal representative of the Estate of Peyton Tyler Blitstein, deceased,**

v.

Defendant: **ADAM GREGORY HOLEN**

_____

*Attorneys for Plaintiff:*
S. Birk Baumgartner, #47829
Sean M. Simeson, Esq., #47675
BAUMGARTNER LAW, LLC
300 E. Hampden Ave., Ste. 401
Englewood, CO 80113
Phone: (303) 529-3476
birk@baumgartnerlaw.com
sean@baumgartnerlaw.com

</td><td>

DATE FILED: August 10, 2022 1:35 PM
FILING ID: 883CA733931A4
CASE NUMBER: 2022CV31512

▲ COURT USE ONLY ▲
_____

Case No.:

Div.:

</td></tr>
</table>

**DISTRICT COURT CASE COVER SHEET FOR**
**INITIAL PLEADING OF COMPLAINT**

1.     This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, crossclaim or third-party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR), Water (CW), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2.     Simplified Procedure under C.R.C.P. 16.1 **applies to this case** unless (check one box below if this party asserts that C.R.C.P. 16.1 does not apply):

☐     This is a class action, forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding, *or*;

☒     This party is seeking a monetary judgment against another party for more than $100,000.00, including any penalties or punitive damages, but excluding attorney fees, interest and costs, as supported by the following certification:

Exhibit A

By my signature below and in compliance with C.R.C.P. 11, based upon information reasonably available to me at this time, I certify that the value of this party's claims against one of the other parties is reasonably believed to exceed $100,000."

☐ Another party has previously filed a cover sheet stating that C.R.C.P. 16.1 does not apply to this case.

3.    ☒ This party makes a Jury Demand at this time and pays the requisite fee. See C.R.C.P. 38.

Dated this 10th day of August, 2022.

Respectfully submitted,
BAUMGARTNER LAW, LLC

 *s/ Sean M. Simeson*
Sean M. Simeson

2
Exhibit A